AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | )  | Case: 1:21-mj-00185 |
|---|---|---|
| v. | ) | Assigned to: Judge Faruqui, Zia M |
| RONNIE BRIAN PRESLEY | ) | Assign Date: 1/29/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) | |
|  | ) | |

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                     Ronnie Brian Presley                     ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly Conduct / Impeding Official Business;
18 U.S.C. § 1752(a)(4) - Violence in Restricted Building / on Restricted Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

2021.01.29
17:18:56 -05'00'

Date:    1/29/2021                                  _____
                                                        *Issuing officer's signature*

City and state:          Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
                                                        *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 1/29/2021 , and the person was arrested on *(date)* 3/5/2021 at *(city and state)*                     . |
| Date: 3/6/2021                    _____ *Arresting officer's signature* |
| Christopher R. Potts, FBI SA  *Printed name and title* |