AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-CR-00257-RDM |
| RONNIE BRIAN PRESLEY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RONNIE BRIAN PRESLEY

Date:   05/07/2021

s/ Dumaka Shabazz
*Attorney's signature*

Dumaka Shabazz, 022278
*Printed name and bar number*

Office of the Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
*Address*

Dumaka_Shabazz@fd.org
*E-mail address*

(615) 736-5047
*Telephone number*

(615) 736-5265
*FAX number*