UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff;      ) | |
| ) | |
| )     Case No. 21-CR-257 (RDM) | |
| v.      ) | |
| ) | |
| ) | |
| RONNIE BRIAN PRESLEY,      ) | |
| ) | |
| Defendant.      ) | |

**NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender, Sabrina Schroff has assumed responsibility for the defense of Ronnie Brian Presley in the above-captioned case. Mr. Presley's case had previously been assigned to Assistant Federal Public Defender, Eugene Ohm. Please send all notices and inquiries to the attorney at the address listed below and remove Eugene Ohm as counsel for the defendant.

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
SABRINA SHROFF
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500