2021R00511 Ronnie Presley > discovery > disclosed via USAfx

| Name | Date modified |
|---|---|
| records (　　　　　　)--subject to p.o.--sensitive | 8/3/2021 2:33 PM |
| records--subject to p.o.--sensitive | 8/3/2021 2:34 PM |
| subject to protective order -- highly sensitive | 8/3/2021 2:34 PM |
| 20210106_-_Riot_-_US_Capital_Bldg.mp4 | 2/12/2021 2:10 PM |
| Eugene Ohm has downloaded your 'Ronnie Presley -- discovery' folder on Box.pdf | 8/3/2021 3:03 PM |
| Files were downloaded from 'Ronnie Presley -- discovery'(2).pdf | 8/3/2021 2:58 PM |
| Files were downloaded from 'Ronnie Presley -- discovery'(3).pdf | 8/3/2021 2:58 PM |
| Files were downloaded from 'Ronnie Presley -- discovery'.pdf | 8/3/2021 2:57 PM |
| Mark Blazenyak has downloaded your 'Ronnie Presley -- discovery' folder on Box.pdf | 8/3/2021 3:01 PM |
| Montserrat Fernandez has downloaded your 'records (6155615920).pdf | 8/3/2021 2:58 PM |
| Presley_Capitol_stands.mov | 1/23/2021 8:04 PM |
| Presley_Capitol_steps.MOV | 1/23/2021 8:04 PM |
| Presley_Capitol_water.MOV | 1/23/2021 8:04 PM |
| Pro publica (235 pm).mp4 | 1/22/2021 5:25 PM |
| Pro publica (237 pm).mp4 | 3/22/2021 5:54 PM |
| Shirley Lewis has downloaded your 'youtube (presley).mp4' file on Box.pdf | 8/3/2021 3:02 PM |
| youtube (presley).mp4 | 8/2/2021 8:53 PM |

2021R00511 Ronnie Presley > discovery > disclosed via USAfx > records    -subject to p.o.--sensitive

| Name | Date modified | Type | Size |
|---|---|---|---|
| 3G-and-4G-BDR-Explanation (1).pdf | 2/4/2021 9:19 AM | Adobe Acrobat D... | 13 KB |
| _IPSessions.xlsx | 2/4/2021 9:19 AM | Microsoft Excel W... | 657 KB |
| ActDeact__MTN- 2021-01-27_... | 2/4/2021 9:19 AM | Microsoft Excel C... | 1 KB |
| AttachedFax_02-03-2021_15-32-37.pdf | 2/4/2021 9:19 AM | Adobe Acrobat D... | 168 KB |
| CDR-Historical_4g_VoLTE_ 2... | 2/4/2021 9:19 AM | Microsoft Excel C... | 512 KB |
| CDR-Historical-IP-Explanation.pdf | 2/4/2021 9:19 AM | Adobe Acrobat D... | 17 KB |
| CDR-VOLTE-Explanation.pdf | 2/4/2021 9:19 AM | Adobe Acrobat D... | 103 KB |
| Certification of records NJ conformed co... | 2/4/2021 9:19 AM | Adobe Acrobat D... | 4 KB |
| DeviceId__MTN- 2021-01-27_... | 2/4/2021 9:19 AM | Microsoft Excel C... | 1 KB |
| fDFfXzg4OTRhY2R.pdf | 2/4/2021 9:32 AM | Adobe Acrobat D... | 85 KB |
| Features__ 2021-01-27_2021-0... | 7/27/2021 5:38 PM | Adobe Acrobat D... | 0 KB |
| Features__ 2021-01-27_2021-0... | 2/4/2021 9:19 AM | Text Document | 1 KB |
| Historical_IP_Sessions_3g__ 2... | 7/27/2021 5:38 PM | Adobe Acrobat D... | 0 KB |
| Historical_IP_Sessions_3g__ 2... | 2/4/2021 9:19 AM | Text Document | 1 KB |
| Memo Style.pdf | 2/4/2021 9:36 AM | Adobe Acrobat D... | 77 KB |
| OtherNumbers__ 2021-01-27_... | 7/27/2021 5:39 PM | Adobe Acrobat D... | 0 KB |
| OtherNumbers__ 2021-01-27_... | 2/4/2021 9:19 AM | Text Document | 1 KB |
| Subscriber__MTN- 2021-01-2... | 2/4/2021 9:19 AM | Microsoft Excel C... | 1 KB |
| TDR2_IPSession_without_CellSite_4g_Expl... | 2/4/2021 9:19 AM | Adobe Acrobat D... | 19 KB |
| US%20Capitol%20Breach%20Investig.pdf | 2/4/2021 9:43 AM | Adobe Acrobat D... | 64 KB |

disclosed via USAfx > records--subject to p.o.--sensitive

| Name | Date modified | Type | Size |
|---|---|---|---|
| 3G-and-4G-BDR-Explanation (1).pdf | 3/25/2021 4:42 PM | Adobe Acrobat D... | 13 KB |
| _IPSessions.xlsx | 3/25/2021 4:42 PM | Microsoft Excel W... | 110 KB |
| ActDeact__MTN-6153884005_2021-01-01_... | 3/25/2021 4:42 PM | Microsoft Excel C... | 1 KB |
| CDR-Historical_3g_ 2021-01-... | 7/27/2021 5:40 PM | Adobe Acrobat D... | 28 KB |
| CDR-Historical_3g_ 2021-01-... | 3/25/2021 4:42 PM | Text Document | 1 KB |
| CDR-Historical_4g_VoLTE__6153884005_2... | 3/25/2021 4:42 PM | Microsoft Excel C... | 144 KB |
| CDR-Historical-CDR-Explanation.pdf | 3/25/2021 4:42 PM | Adobe Acrobat D... | 14 KB |
| CDR-Historical-IP-Explanation.pdf | 3/25/2021 4:42 PM | Adobe Acrobat D... | 17 KB |
| CDR-VOLTE-Explanation.pdf | 3/25/2021 4:42 PM | Adobe Acrobat D... | 103 KB |
| Certification of records NJ conformed co... | 3/25/2021 4:42 PM | Adobe Acrobat D... | 4 KB |
| DeviceId__MTN- _2021-01-01_... | 3/25/2021 4:42 PM | Microsoft Excel C... | 1 KB |
| Features_ 2021-01-01_to_202... | 3/25/2021 4:42 PM | Microsoft Excel C... | 4 KB |
| Historical_IP_Sessions_3g_ 2... | 3/25/2021 4:42 PM | Microsoft Excel C... | 1 KB |
| OtherNumbers__6153884005_2021-01-01_... | 3/25/2021 4:42 PM | Microsoft Excel C... | 1 KB |
| PaymentActivity__MTN 2021... | 3/25/2021 4:42 PM | Microsoft Excel C... | 1 KB |
| PaymentHistory__MTN 2021... | 3/25/2021 4:42 PM | Microsoft Excel C... | 1 KB |
| Subscriber__MTN _2021-01-0... | 3/25/2021 4:42 PM | Microsoft Excel C... | 1 KB |
| TDR2_IPSession_without_CellSite_4g_Expl... | 3/25/2021 4:42 PM | Adobe Acrobat D... | 19 KB |
| Verizon GJ2021032574484.pdf | 3/25/2021 4:42 PM | Adobe Acrobat D... | 719 KB |

| Name | Date modified | Type |
|---|---|---|
| Upper West Terrace - 2021-01-06_19h20min01s.mp4 | 5/6/2021 1:42 PM | MP4 File |
| RotundaDoorInterior_2021-01-06_15h12min53s243ms.mp4 | 4/29/2021 3:17 PM | MP4 File |
| Upper West Terrace Door - 2021-01-06_19h20min00s.mp4 | 5/6/2021 1:30 PM | MP4 File |
| Rotunda South - 2021-01-06_20h01min22s.mp4 | 4/29/2021 3:20 PM | MP4 File |
| Rotunda South - 2021-01-06_20h19min16s.mp4 | 4/29/2021 5:05 PM | MP4 File |
| Rotunda North-2021-01-06_15h01min59s000ms.mp4 | 3/3/2021 9:11 AM | MP4 File |
| RotundaNorth_2021-01-06_15h02min09s900ms.mp4 | 4/29/2021 5:13 PM | MP4 File |
| RotundaNorth_2021-01-06_15h11min53s727ms.mp4 | 4/29/2021 5:14 PM | MP4 File |
| Rotunda Door Interior - 2021-01-06_20h11min42s.mp4 | 4/29/2021 4:47 PM | MP4 File |
| Rotunda Door Interior-2021-01-06_15h28min00s000ms.asf | 1/28/2021 1:37 PM | Windows Media A... |
| Rotunda Door Interior-2021-01-06_15h28min00s000ms.mp4 | 3/21/2021 12:39 AM | MP4 File |

| | |
|---|---|
| **From:** | Liebman, Michael (USADC) |
| **To:** | Sabrina Shroff |
| **Cc:** | Montserrat A Fernandez |
| **Subject:** | RE: Pls do NOT use any other email account |
| **Date:** | Tuesday, July 27, 2021 4:55:00 PM |
| **Attachments:** | disc.pdf |
| | Viewing letter (Presley).pdf |
| | US_Capitol_first_floor_plan.gif |
| | US_Capitol_second_floor_plan.gif |
| | US_Capitol_third_floor_plan.gif |
| | Presley case.msg |
| | SW-ret.-aff (Presley).pdf |
| | SW-ret.-aff (Presley).pdf |
| | SW-ret.-aff (Presley).pdf |

Prior discovery, sent via email to prior counsel, attached.

Also, I'm seeing now that they're had been a lot of other material in that USAfx folder that is no longer there because the system deleted the files due to inactivity and the passage of time. I'm re-uploading that material for you.

Mike

Michael Liebman

Assistant U.S. Attorney

555 4th St. NW, rm. 9106
Washington, D.C.  20530

(202) 252-7243
(202)                (cell)
(202) 353-9415 (fax)

| | |
|---|---|
| **From:** | Liebman, Michael (USADC) |
| **To:** | Eugene Ohm; Dumaka Shabazz |
| **Cc:** | Goddard, Lauren (NSD) |
| **Subject:** | Presley case |
| **Date:** | Monday, March 22, 2021 6:42:00 PM |
| **Attachments:** | Capture(237 pm).JPG |
| | Capture (235 pm).JPG |
| | 0176-ME-3373847_0000027(RP_Interview_-_02242021_-_serial-195660816).pdf |
| | 0176-ME-3373847_0000040_1A0000035_0000001.pdf |
| | 0176-ME-3373847_0000040_1A0000036_0000001.pdf |
| | 0176-ME-3373847_0000040_1A0000036_0000002.pdf |
| | 0176-ME-3373847_0000040.pdf |
| | 0176-ME-3373847_0000040_1A0000034_0000001.pdf |
| | 0176-ME-3373847_0000029.pdf |

Good evening, counsel.

Please note that an additional video was uploaded for you on the USAfx discovery folder for this case.  It's from Pro Publica, which was the source of another video already in that folder for you.  To avoid confusion I renamed the previously uploaded video.

Other materials are attached here.  These include screen shots from Pro Publica, which correspond to the videos in the USAfx folder, and which indicate the start time for the videos.  Also attached are FBI FD-302's relating to an FBI telephone interview with your client last month and a post-arrest interview earlier this month, agent notes relating to the latter interview, and consent-to-search and Miranda forms signed by your client.  Neither interview was electronically recorded.

Mike

Michael Liebman
Assistant U.S. Attorney

555 4th St. NW, rm. 9106
Washington, D.C.  20530
(202) 252-7243
(202)            (cell)
(202) 353-9415 (fax)



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 28, 2021

Eugene Ohm
Assistant Federal Public Defender
District of Columbia
via email with pdf attachment to eugene_ohm@fd.org

Dumaka Shabazz
Assistant Federal Public Defender
Middle District of Tennessee
via email with pdf attachment to dumaka_shabazz@fd.org

    re:    <u>U.S. v. Ronnie Presley</u>
            1:21-cr-00257-RDM (D.D.C.)

Dear Counsel:

      The government makes the following disclosures, which generally concern photo #173-AFO A and photo # 173-AFO B. The FBI had posted these photos to a public website, sometime shortly after January 6, 2021, seeking the public's assistance in identifying the person in the photos, as part of the Bureau's investigation of the riot at the U.S. Capitol that occurred that day. Copies of the photos appear below.



Photograph #173 - AFO B (Arrested)



Photograph #173 - AFO A (Arrested)

    The government believes both photos are of your client and that they were taken at the Capitol on January 6, 2021.

    On January 27, 2021, a citizen tipster sent a text to the FBI advising that "it" believed the person in photo number 173-AFO to be one _____, age 36, of _____.

    Also on January 27, 2021, another citizen tipster sent a text to the FBI advising that the person in photo number 173-AFO looks like one _____ age 38, who lives in _____.

    Also on January 27, 2021, another citizen tipster called the FBI to discuss the set of photos. The tipster advised that the person depicted was Ronnie Presley, of _____ Tennessee, which is presumably a reference to your client. However, this tipster further advised that Ronnie Presley has a twin brother, _____ Presley, who purportedly was also at the Capitol on January 6. The tipster stated that _____ appears in a photo from the riot where he is sitting on a bench, talking on his cell phone, inside the Capitol.

    The government believes that this tipster was referring to a separate social media photo that the FBI had not, in fact, posted on its website, but which the FBI had gathered during its investigation of the riot. That photo, which the government also believes to be of your client, appears below.



On January 28, 2021, a citizen tipster sent a text to the FBI advising that the person in photo # 173-AFO looks like            , of                    .

On February 4, 2021, a citizen tipster sent a text to the FBI advising that the person in photo # 173-AFO might be            , age 36, of                    .

On February 8, 2021, a citizen tipster called the FBI to report that the person in photo # 173-AFO might be            , dob            , who resides in                    .

On February 10, 2021, a citizen tipster sent a text to the FBI advising that the person in photo number 173-AFO B might be one            , who is 35 years old and lives in                    .

                                          Sincerely,

                                          _/s/*Michael C. Liebman*_____
                                          Michael C. Liebman
                                          Assistant U.S. Attorney
                                          (202) 252-7243
                                          (202) 353-9415 (fax)
                                          michael.liebman@usdoj.gov

Crim Division > Cases > 2021R00511 Ronnie Presley > discovery > email of 7-27-21

| Name | Date modified | Type | Size |
|---|---|---|---|
| 0176-ME-3373847_0000027(RP_Interview_-_02242021_-_serial-195660816).pdf | 3/28/2021 5:03 PM | Adobe Acrobat D... | 461 KB |
| 0176-ME-3373847_0000029.pdf | 3/28/2021 5:03 PM | Adobe Acrobat D... | 393 KB |
| 0176-ME-3373847_0000040.pdf | 3/28/2021 5:03 PM | Adobe Acrobat D... | 434 KB |
| 0176-ME-3373847_0000040_1A0000034_00000001.pdf | 3/28/2021 5:03 PM | Adobe Acrobat D... | 278 KB |
| 0176-ME-3373847_0000040_1A0000035_00000001.pdf | 3/22/2021 6:43 PM | Adobe Acrobat D... | 38 KB |
| 0176-ME-3373847_0000040_1A0000036_00000001.pdf | 3/22/2021 6:43 PM | Adobe Acrobat D... | 45 KB |
| 0176-ME-3373847_0000040_1A0000036_00000002.pdf | 3/22/2021 6:43 PM | Adobe Acrobat D... | 45 KB |
| Capture (235 pm).JPG | 3/22/2021 6:43 PM | JPG File | 64 KB |
| Capture(237 pm).JPG | 3/22/2021 6:43 PM | JPG File | 55 KB |
| disc.pdf | 7/27/2021 4:57 PM | Adobe Acrobat D... | 149 KB |
| email.pdf | 8/3/2021 2:35 PM | Adobe Acrobat D... | 17,677 KB |
| original email to prior counsel.pdf | 8/3/2021 2:36 PM | Adobe Acrobat D... | 1,720 KB |
| SW-ret.-aff (Presley).pdf | 7/27/2021 4:57 PM | Adobe Acrobat D... | 5,499 KB |
| US_Capitol_first_floor_plan.gif | 7/27/2021 4:57 PM | GIF File | 219 KB |
| US_Capitol_second_floor_plan.gif | 7/27/2021 4:57 PM | GIF File | 141 KB |
| US_Capitol_third_floor_plan.gif | 7/27/2021 4:57 PM | GIF File | 132 KB |
| Viewing letter (Presley).pdf | 7/27/2021 4:57 PM | Adobe Acrobat D... | 161 KB |

| | |
|---|---|
| **From:** | Liebman, Michael (USADC) |
| **To:** | Eugene Ohm; Dumaka Shabazz |
| **Cc:** | Goddard, Lauren (NSD) |
| **Subject:** | Presley case |
| **Date:** | Monday, March 22, 2021 6:42:00 PM |
| **Attachments:** | Capture(237 pm).JPG |
| | Capture (235 pm).JPG |
| | 0176-ME-3373847_0000027(RP_Interview_-_02242021_-_serial-195660816).pdf |
| | 0176-ME-3373847_0000040_1A0000035_0000001.pdf |
| | 0176-ME-3373847_0000040_1A0000036_0000001.pdf |
| | 0176-ME-3373847_0000040_1A0000036_0000002.pdf |
| | 0176-ME-3373847_0000040.pdf |
| | 0176-ME-3373847_0000040_1A0000034_0000001.pdf |
| | 0176-ME-3373847_0000029.pdf |

Good evening, counsel.

Please note that an additional video was uploaded for you on the USAfx discovery folder for this case. It's from Pro Publica, which was the source of another video already in that folder for you. To avoid confusion I renamed the previously uploaded video.

Other materials are attached here. These include screen shots from Pro Publica, which correspond to the videos in the USAfx folder, and which indicate the start time for the videos. Also attached are FBI FD-302's relating to an FBI telephone interview with your client last month and a post-arrest interview earlier this month, agent notes relating to the latter interview, and consent-to-search and Miranda forms signed by your client. Neither interview was electronically recorded.

Mike

Michael Liebman
Assistant U.S. Attorney

555 4th St. NW, rm. 9106
Washington, D.C. 20530
(202) 252-7243
(202)              (cell)
(202) 353-9415 (fax)

| | |
|---|---|
| **From:** | Liebman, Michael (USADC) |
| **To:** | Eugene Ohm; Dumaka Shabazz |
| **Cc:** | Andrade, Mariela (USADC) |
| **Subject:** | FW: Presley case |
| **Date:** | Monday, April 26, 2021 7:00:00 PM |

Good evening, counsel.

Our office was recently advised that each attorney for these tours of the Capitol can, in fact, bring one investigator on the tour. In addition, you are now permitted to take photographs of public areas of the Capitol during the tour.

If you would like to bring an investigator, please forward the name to Ms. Andrade.

Mike

Michael Liebman
Assistant U.S. Attorney

555 4th St. NW, rm. 9106
Washington, D.C.  20530
(202) 252-7243
(202)              (cell)
(202) 353-9415 (fax)

---

**From:** Liebman, Michael (USADC)
**Sent:** Wednesday, April 21, 2021 4:51 PM
**To:** Eugene Ohm <Eugene_Ohm@fd.org>; Dumaka Shabazz <Dumaka_Shabazz@fd.org>
**Cc:** Andrade, Mariela (USADC) <                           >
**Subject:** Presley case

Gene/Dumakka, please see attached.

Please reply all.

Mike

Michael Liebman
Assistant U.S. Attorney

555 4th St. NW, rm. 9106
Washington, D.C.  20530
(202) 252-7243
(202)              (cell)
(202) 353-9415 (fax)

P.S. Gene,                              .

| | |
|---|---|
| **From:** | Liebman, Michael (USADC) |
| **To:** | Eugene Ohm; Dumaka Shabazz |
| **Subject:** | Presley case |
| **Date:** | Wednesday, April 28, 2021 2:44:00 PM |
| **Attachments:** | disc.pdf |

Good afternoon, counsel.  Please see attached.

Mike

Michael Liebman
Assistant U.S. Attorney

555 4th St. NW, rm. 9106
Washington, D.C.  20530
(202) 252-7243
(202)                (cell)
(202) 353-9415 (fax)

| | |
|---|---|
| **From:** | Levine, Robert (USATNM) |
| **To:** | Liebman, Michael (USADC) |
| **Subject:** | Re: U.S. v. Ronnie Presley, 1:21-mj-185 |
| **Date:** | Saturday, March 13, 2021 9:14:38 PM |

Sure. Here's a list.

1. The statement of facts
2. Video where someone says "stairs is where we need to go."
3. Video where Presley is on top step of Capitol.
4. Video where Presley is followed by a video into the Capitol and the rotunda is seen at the end.
5. Video where Presley is putting water on his face.

> On Mar 13, 2021, at 11:00 AM, Liebman, Michael (USADC) <MLiebman@usa.doj.gov> wrote:
>
> Hey, Robbie.
>
> When you get a chance can you send me a list or copies of what you provided to Mr. Shabbaz in anticipation of the PH/DH (which did not go forward)?
>
> Mike
>
> Michael Liebman
> Assistant U.S. Attorney
>
> 555 4th St. NW, rm. 9106
> Washington, D.C.  20530
> (202) 252-7243
> (202)              (cell)
> (202) 353-9415 (fax)



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 21, 2021

Eugene Ohm, Assistant Federal Public Defender
District of Columbia
via email with pdf attachment to eugene_ohm@fd.org

Dumaka Shabazz, Assistant Federal Public Defender
Middle District of Tennessee
via email with pdf attachment to dumaka_shabazz@fd.org

      re:  <u>U.S. v. Ronnie Presley</u>, 1:21-cr-00257-RDM

Dear Counsel:

      The U.S. Capitol Police have arranged five dates for crime scene tours of the Capitol, for attorneys representing defendants charged in cases involving the January 6, 2021 Capitol riot. The tour dates and times are listed below:

- Monday, May 3rd at 9:00 a.m.
- Saturday, May 8th at 9:00 a.m.
- Sunday, May 9th at noon
- Monday, May 31st at 9:00 a.m.
- Saturday, June 5th at 5:00 p.m.

      If you wish to participate in a tour, please email me at michael.liebman@usdoj.gov and paralegal Mariela Andrade at mariela.andrade@usdoj.gov, and provide the following information:

- Name, phone number and email contact information for yourself and, if applicable, co-counsel, who will be participating in the tour
- Case name and number, and assigned AUSA
- Tour date selected

      The conditions of the USCP for participating in the tour are as follows:

- o  The tours are restricted to **counsel**.  You may not bring **any** guests, including investigators or paralegals.
- o  No cameras are permitted but if you would like photographs of specific areas, you will be able to submit your requests to the General Counsel for the U.S. Capitol Police after the tour.
- o  The tours will be led by officers and questions about the events of January 6 will not be permitted.  If you have such questions, you may direct them to me.
- o  If you drive there, you will need to find your own parking.

The tour will encompass the following areas of the Capitol:

- Speaker's Lobby
- Speaker's Office
- House Chamber
- Senate Chamber
- Senate Gallery
- Statuary Hall
- Crypt
- West Front of Capitol
- East Front of Capitol
- East Grand staircase – Senate
- Rotunda including the East Front Lobby area and steps to the Crypt
- Rotunda West staircase to the Crypt / Rotunda Door exterior
- Upper West Terrace/ Upper West Terrace Door (interior and exterior)
- Lower West Terrace
- West Terrace Steps and staircase and wall
- Senate Wing Door
- Parliamentarian's Office (and adjacent fire door)
- Lower West Terrace Door specifically  (interior and exterior)
- Offices ST2 – ST10
- Exterior HT2M window
- S140 & S145
- North and South Doors of Capitol
- House Wing (near House Wing Door) and Hall of Columns
- Memorial Door and interior steps to Second Floor adjacent to Memorial Door
- Capitol Visitors Center (main level and Emancipation Hall)
- Area of the House Majority Leader's Office (Hoyer)

Maps of the grounds and floor plans are attached to assist you.

Sincerely,

CHANNING D. PHILLIPS
Acting United States Attorney

by:   /s/ *Michael C. Liebman*
Michael C. Liebman
Assistant United States Attorney
555 4th St., N.W., room 9106
Washington, D.C.  20530
(202) 252-7243
(202)              (cell)
michael.liebman@usdoj.gov

att.