## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | *   CASE NO. 21-257-RDM |
| | * |
| RONNIE BRIAN PRESLEY | * |

\* \* \* \* \* \* \* \* \*

## MOTION TO ENTER APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Alfred Guillaume, Esq. hereby moves this Honorable Court to enter his appearance on behalf of the Defendant in the above captioned case.

Respectfully submitted,

*Alfred Guillaume*

Alfred Guillaume III, Esq.
Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln. Suite 700
Greenbelt, MD 20770

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of NOVEMBER 2021, a copy of this motion was sent electronically via CM/ECF to all parties of record.

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.