**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **No. 1:21-cr-00257-RDM** |
| | **:** | |
| **RONNIE B. PRESLEY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S EMERGENY MOTION TO MODIFY CONDITIONS OF <u>RELEASE</u>**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves for enlargement of time to respond to defendant's emergency motion to modify conditions of release, to tomorrow, January 8, 2022.  The undersigned prosecutor, who is the sole prosecutor assigned to this matter, is also lead prosecutor in a Superior Court homicide trial where the jury is currently deliberating, and in which the jury has submitted multiple notes requiring lengthy hearings.  In addition, counsel for the defense has advised the government that the funeral for the defendant's nephew, which are the grounds for the emergency motion, is not until January 11, 2022.

Accordingly, the government seeks to enlarge the time for its response to tomorrow, January 8, 2022.  Counsel for the defense has advised that the defense does not oppose this motion.  A draft order is attached.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

by:    /s/_Michael C. Liebman_
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 4th Street, N.W., room 9106
Washington, D.C.  20001
(202) 252-7243
(202) 353-9415 (fax)
michael.liebman@usdoj.gov