**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * **Criminal No. RDM-21-257** |
| **RONNIE LEE PRESSLEY** | * |

\* \* \* \* \*

**DEFENDANT'S SUPPLEMENTAL EMERGENCY MOTION TO
MODIFY CONDITIONS OF RELEASE**

COMES NOW the defendant, Ronnie Presley, through counsel, Alfred Guillaume III, Esq., who hereby moves this Court to modify conditions of release. In support thereof, he states as follows:

1. Mr. Presley is currently incarcerated at the Northern Neck Regional Jail in Warsaw, Virginia, and requests permission to attend his sixteen-year-old nephew's funeral in Tennessee.

2. The funeral has been scheduled for Tuesday January 11, 2022, at 10:00 a.m. at the Woodard Funeral Home, 5591 US-31E, Westmoreland, TN 37186.

3. A family member of Mr. Presley, likely his brother Corey Presley, can drive from Tennessee and arrive at the Northern Neck Regional Jail by the morning of Monday, January 10, 2022.

4. Mr. Presley requests permission to attend the funeral on Tuesday January 11, 2022 and return to Northern Neck by the afternoon of Thursday, January 13, 2022.

5. Mr. Pressley has indicated through counsel that he gives his word that he will immediately return to custody if he is allowed to attend the funeral.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that the court order the Northern Neck Regional Jail to release Mr. Ronnie Lee Presley from custody on Monday January 10, 2022, to the custody of Corey Presley or other family member, and that Mr. Ronnie Lee Presley return to the Northern Neck Regional Jail on Thursday, January 13, 2022.

Respectfully submitted,

*Alfred Guillaume*
ALFRED GUILLAUME III, #MD0085
Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln. Suite 700
Greenbelt, MD 20770
Phone: (301-377-2158)
Fax:   (301-812-4254)
Email: ag3law@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2022, a copy of Defendant's Motion, was electronically filed in this case to all parties of record.

*Alfred Guillaume*
Alfred Guillaume III, #MD0085

*Attorney for Ronnie Lee Presley*