UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 1:21-cr-00257-RDM |
| | : | |
| RONNIE BRIAN PRESLEY, | : | |
| | : | |
| Defendant. | : | |

**PARTIES' JOINT STATUS REPORT**

The United States of America, by and through the United States Attorney for the District of Columbia, and defendant Ronnie Brian Presley, by and through his counsel of record, present this joint status report, pursuant to the Court's order issued from the bench on January 10, 2022.

The defense has asked the government to extend the current plea offer, currently set to expire today, to April 10, 2022. The government has agreed to this request.

In addition, the government provided substantial additional discovery to the defense on March 6, 2022.

Counsel for the defendant has had difficulty in speaking with the defendant and reviewing discovery with him. In addition, the defendant, who is detained, has asked counsel for his own copy of discovery.

Accordingly, both parties ask that the Court to set a new joint status report date for on or about April 10, 2022. The parties further ask that the Court toll the Speedy Trial Act clock until the new report date, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, due to the need for the defense to continue to consider the plea offer and to review the new discovery.

2

Respectfully submitted,

| | | |
|---|---|---|
| | MATTHEW M. GRAVES<br>United States Attorney | Alfred Guillaume, III |
| by: | /s/*Michael C. Liebman*<br>Michael C. Liebman<br>Assistant United States Attorney<br>D.C. Bar no. 479562<br>555 4th Street, N.W., room 9106<br>Washington, D.C.  20001<br>(202) 252-7243<br>(202) 353-9415 (fax)<br>michael.liebman@usdoj.gov | /s/*Alfred Guillaume, III*<br>counsel for defendant<br>1350 Connecticut Avenue, N.W., Suite 308<br>Washington, D.C.  20036<br>(202) 321-0549<br>ag3law@gmail.com |