UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 1:21-cr-00257-RDM |
| | : | |
| **RONNIE B. PRESLEY,** | : | |
| | : | |
| Defendant. | : | |

JOINT STATUS REPORT

The United States of America, by and through the United States Attorney for the District of Columbia, and defendant Ronnie B. Presley, by and through counsel, hereby provide this Status Report, as directed by the Court's Minute Order of April 13, 2022.

The parties have reached an impasse in plea negotiations and request that the Court schedule a trial date in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

by: /s/*Michael C. Liebman*
Michael C. Liebman
D.C. Bar no. 479562
Assistant U.S. Attorney
601 D Street, N.W., room 4-1501
Washington, D.C. 20530
(202) 252-7243
michael.liebman@usdoj.gov

/s/*Alfred Guillaume III*
Alfred Guillaume III, Esq.
Counsel for defendant Presley
1350 Connecticut Avenue, N.W.,
   Suite 308
Washington, D.C. 20036