UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 1:21-cr-00257-RDM |
| | : | |
| **RONNIE B. PRESLEY,** | : | |
| | : | |
| Defendant. | : | |

JOINT STATUS REPORT

The United States of America, by and through the United States Attorney for the District of Columbia, and defendant Ronnie B. Presley, by and through counsel, hereby provide this Joint Status Report, as directed by the Court's Minute Order of May 16, 2022.

1. The parties expect the trial in this matter, from jury selection to the end of closing arguments, to last five court days.

2. The parties have consulted with the Deputy Clerk of Court about the Court's availability for a trial of that length, who has advised that the Court is available on December 13, 2022, and thereafter starting in February 2023.

3. The parties are available for a trial in this matter commencing on February 6, 2023.

4. Assuming the Court schedules the trial to commence on February 6, 2023, the parties would request that the Court adopt the following proposed pretrial schedule:

    a. Pretrial motions will be due no later than November 1, 2022, responses and oppositions will be due no later than November 15, 2022, and any replies will be due no later than November 30, 2022.

    b. A motions hearing, if necessary, will take place on January 24, 2023, assuming the Court is available.

    c. Proposed jury voir dire questions, jury instructions, and a neutral statement of

the case shall be submitted no later than January 24, 2023.

5. The parties would request that the Court schedule an early status hearing in this matter to address a potential issue with respect to the defendant's representation. The parties are available on May 31, 2022, or after 11 a.m. on June 3, 2022.

6. Both parties agree that the Speedy Trial Act should be tolled from the filing of this Joint Status Report until the date of the status hearing. Both parties submit that the interests of justice outweigh their and the public's interests in a speedy trial during that period.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br><br>by:  /s/*Michael C. Liebman*<br>Michael C. Liebman<br>D.C. Bar no. 479562<br>Assistant U.S. Attorney<br>601 D Street, N.W., room 4-1501<br>Washington, D.C.  20530<br>(202) 252-7243<br>michael.liebman@usdoj.gov | /s/*Alfred Guillaume  III*<br>Alfred Guillaume III, Esq.<br>Counsel for defendant Presley<br>1350 Connecticut Avenue, N.W.,<br>   Suite 308<br>Washington, D.C.  20036 |