UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 1:21-cr-00257-RDM |
| | : | |
| **RONNIE B. PRESLEY,** | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO RESCHEDULE STATUS HEARING

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves to reschedule the remote status hearing in this case, which is currently set for June 16, 2022 at 2 p.m., to June 16, 2022 at 2:30 p.m.  Undersigned counsel mistakenly advised the Court earlier that he was available at the originally scheduled time.

Counsel for the defendant has advised that the defense does not oppose this motion.

A proposed Order is attached.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

by:   /s/*Michael C. Liebman*
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
601 D Street, N.W., room 4-1501
Washington, D.C.  20530
(202) 252-7243
michael.liebman@usdoj.gov