UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 21-cr-257 (RDM) |
| ) | |
| RONNIE PRESLEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please enter the appearance of First Assistant Federal Public Defender Michelle Peterson on behalf of the defendant, Ronnie Presley, in the above captioned matter as substitution for prior counsel, Alfred Guillaume, III, Esq.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
First Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Shelli_Peterson@fd.org