IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. 21-257-RDM |
| RONNIE PRESLEY | * | |

* * * * *

### MOTION TO WITHDRAW APPEARANCE

Alfred Guillaume III moves this Honorable Court to allow him to withdraw his appearance as counsel for the following reasons:

1. Undersigned counsel represents Mr. Presley pursuant to a Criminal Justice Act appointment.

2. On July 5, 2022, Attorney Michelle Peterson entered her appearance on behalf of Mr. Presley.

**WHEREFORE**, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter if the court deems his request appropriate.

Respectfully submitted,

*Alfred Guillaume*
Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, Ste. 308
Washington, D.C. 20036

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 5th day of July 2022, a copy of the foregoing Motion was served electronically to all parties of record, including to the Office of the United States Attorney for the District of Columbia.

*Alfred Guillaume*
_____
　　　Alfred Guillaume III