UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 1:21-cr-00257-RDM |
| | : | |
| RONNIE B. PRESLEY, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RELEASE PENDING SENTENCING

The United States of America, by and through the United States Attorney for the District of Columbia, and as directed by the Court in its minute order of July 28, 2022, hereby responds to the defendant's motion for release pending sentencing, made after he pled guilty, pursuant to a plea agreement, to violating 18 U.S.C. § 231(a)(3).

As the Court is aware, the government reserved its right under the agreement to seek the defendant's detention pending sentencing, and the government asked the Court on July 28, after the Court accepted the defendant's guilty plea, that the defendant—who has been detained since his initial appearance on March 6, 2021—continue to be detained.  However, the government has since determined that if the defendant is held pending sentencing, the defendant's presumptive release date, which the Bureau of Prisons will determine shortly after his sentencing, is likely to be a date prior to the sentencing date, even if the Court sentences the defendant to the maximum applicable guideline term of imprisonment.

Accordingly, the government no longer opposes the defendant's release pending sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

by:     /s/*Michael C. Liebman*
        Michael C. Liebman
        Assistant United States Attorney
        D.C. Bar No. 479562
        601 D Street, N.W., room 4-1501
        Washington, D.C.  20530
        (202) 252-7243
        michael.liebman@usdoj.gov