# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 21-cr-257 (RDM)-1 |
| RONNIE BRIAN PRESLEY, | ) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR BRIEF CONTINUANCE OF SENTENCING AND ASSOCIATED EVENTS

Mr. Presley, through Counsel, requests a brief continuance of his sentencing hearing and extension of time for the filing of the final PSR and sentencing memos. Undersigned counsel will be on work travel and not returning in time for the hearing currently scheduled for November 18, 2022. Additionally, counsel is still reviewing the draft PSR with Mr. Presley. Therefore, we request that the sentencing hearing be continued to one of the following dates, if available to the Court: anytime November 28, the afternoon of November 30 or anytime the afternoon of December 2. We propose that the final PSR be disclosed on November 16, with the government's sentencing memo due on November 18, and the defense sentencing memo due on November 23.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
First Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Shelli_Peterson@fd.org