UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) 21-cr-257 (RDM) |
| RONNIE PRESLEY, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO MODIFY CONDITIONS OF SUPERVISION

Mr. Presley, through counsel, respectfully requests that the Court modify his conditions of supervision to eliminate the requirement that he participate in anger management and domestic violence classes. Counsel has consulted with the Probation Officer supervising Mr. Presley in Tennessee, and she does not object to this modification. Mr. Presley has previously completed the courses while on supervision in other cases and there is no present need for the classes. He is fully compliant with his supervision and the Probation Office concurs that the classes do not seem necessary at this time. Counsel has not received a response from the government regarding their position.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/S/_____

Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

1